UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>    Plaintiff,<br>vs.<br><br>HAINES CITY SPORTS PUB, L.L.C.<br>and HAINES CITY BEEFS, LLC<br>d/b/a BEEF 'O' BRADY'S,<br>    Defendants. | Case No: 23-cv-02494-TPB-CPT |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RUDOLPH BETANCOURT, and Defendants, HAINES CITY SPORTS PUB, L.L.C. and HAINES CITY BEEFS, LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement. The Parties are in the process of memorializing their agreement and finalizing their settlement documents. Accordingly, the Parties expect to file a stipulation of dismissal with prejudice within forty (40) days and respectfully request that they not be required to file any further responses, motions, and/or pleadings.

      Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Daniel W. Anderson |
| Glenn R. Goldstein (FBN: 55873) | Daniel W. Anderson (FBN: 490873) |
| *Attorney for Plaintiff* | *Attorney for Haines City Sports* |
| Glenn R. Goldstein & Assoc., PLLC | Anderson Law Group |
| 8101 Biscayne Blvd., Ste. 504 | 13577 Feather Sound Dr., Ste. 190 |
| Miami, Florida 33138 | Clearwater, FL 33762 |
| 561.573.2106 | 727.329.1999 |
| GGoldstein@G2Legal.net | DAnderson@FloridaLawPartners.com |
| | |
| s/ Lauren N. Wassenberg | s/ Gregory A. Hearing |

<div style="display: flex;">

<div>

Lauren N. Wassenberg
(FBN: 34083)
 *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646

</div>

<div>

Gregory A. Hearing (FBN: 817790)
Kevin M. Sullivan (FBN: 10003812)
 *Attorneys for Haines City Beefs*
Bush Graziano Rice & Hearing, P.A.
100 S. Ashley Dr., Ste. 1400
Tampa, FL 33602
813.228.7000
GHearing@BGRHLaw.com
KSullivan@BGRHLaw.com

</div>

</div>